154 A.3d 686

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
TIMYAN CABBELL, DEFENDANT-PETITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003314-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 686

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DANA A. USERY (A/K/A ANTHONY J. BROOKSIDE,
DANA SNEAD), DEFENDANT-PETITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003603-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.